AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Montana

In the Matter of the Extradition
of
AFRAH AHMED ALI, a.k.a. "AFRAH AHMED ABDI,"
"TAX," "TAX HARD"

Defendant(s)

Case No.

MJ-21- 17 -M-KLD

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __August 21, 2020__ in the county of __Canada__ in the _____ District of _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 3184 | Being a fugitive from Canada, which has sought his provisional arrest with a view towards extradition on the charge of second degree murder pursuant to the treaty of extradition between the United States and Canada, and Title 18 U.S.C. Section 3184. |

This criminal complaint is based on these facts:

See attached complaint for provisional arrest with a view toward extradition, incorporated herein by reference.

☑ Continued on the attached sheet.

/s/ Paulette L. Stewart
Complainant's signature

Paulette L. Stewart, AUSA
Printed name and title

by telephonic means pursuant to Fed.R.Crim.Pro 4(d) & 4.1

Sworn to before me and signed ~~in my presence~~.

Date: Feb 3, 2021

Judge's signature

City and state: Missoula, Montana

Kathleen L. DeSoto, US Magistrate Judge
Printed name and title