**Matthew A. McKeon**
DATSOPOULOS, MacDONALD & LIND, P.C.
Central Square Building
201 West Main Street, Suite 201
Missoula, Montana 59802
Telephone: (406) 728-0810
Facsimile:      (406) 543-0134
Email:      mmckeon@dmllaw.com; hellison@dmllaw.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| In the Matter of the Extradition of<br><br>**Afrah Ahmed Ali,** *aka Afrah Ahmed Abdi, Tax, Tax Hard* | MJ-21-17-M-KLD<br><br>**NOTICE TO THE COURT** |

COMES NOW, Afrah Ahmed Ali, by and through his counsel of record, Matthew A. McKeon of Datsopoulos, MacDonald & Lind, P.C. and hereby notifies the Court that the Defendant will no longer be contesting Extradition. Counsel for Defendant is currently waiting on the Defendant to return a signed Affidavit of Waiver of Extradition.

1

Defendant is housed in Crossroads Correctional Facility in Shelby, Montana, and it has been difficult to send and receive materials.

Counsel will file the Affidavit immediately upon receipt and then file a requested for a Waiver of Extradition Hearing.

DATED this 16 day of June, 2021.

_____
Matthew A. McKeon
Attorney for AFRAH AHMED ALI