UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MONTANA

| | | |
|---|---|---|
| IN THE MATTER OF<br>THE EXTRADITION OF<br><br>AFRAH AHMED ABDI<br><br>a.k.a.<br>~~"AFRAH AHMED ALI"~~, a.k.a.<br>~~"TAX", a.k.a. "TAX HARD"~~. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | MJ 21-17-M-KLD |

## ORDER

The Court having received the Complaint filed on February 3, 2021, by Paulette L. Stewart, Assistant United States Attorney for the District of Montana pursuant to the request of the Government of Canada, for the extradition of AFRAH AHMED ~~ALI~~ ABDI, and an affidavit executed by AFRAH AHMED ~~ALI~~ ABDI and witnessed by his attorney;

And, further, the Court having been advised in open session that AFRAH AHMED ~~ALI~~ ABDI is a fugitive sought by the Government of Canada; that he is aware that the Government of Canada has filed charges against him and has obtained a warrant for his arrest; that he has reviewed the Complaint filed by the United States Attorney for this judicial district; that he has been fully advised of his rights in this country pursuant to the extradition treaty in force between the Government of the United States and the Government of Canada and Title 18, United States

Code, §§ 3184-3196, and that he has knowingly and voluntarily waived those rights;

IT IS THEREFORE ORDERED that AFRAH AHMED ABDI [ALI struck through] be committed to the custody of the United States Marshal pending arrival of the duly authorized representatives of the Government of Canada, at which time the United States Marshal shall deliver him together with any evidence seized incidental to his arrest and sought by the Government of Canada to the custody of such authorized representatives to be transported to Canada to be held for trial; and

IT IS FURTHER ORDERED that the transfer of physical custody of AFRAH AHMED ABDI [ALI struck through] together with any evidence seized shall be at such time and place as mutually agreed upon by the United States Marshal and the duly authorized representatives of the Government of Canada.

The Clerk of the Court is directed to forward copies of this Order and the executed Affidavit of Waiver to the Director, Office of International Affairs, Criminal Division, Department of Justice, in Washington, D.C., and the Assistant United States Attorney.

SO ORDERED, this 30th day of June, 2021.

Kathleen L. DeSoto
United States Magistrate Judge
District of Montana